DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY P. McKEE,**
Appellant,

v.

**JOHN FOSTER, LANCE FUCHS and RICHARD G. McKEE, JR.,**
Appellees.

No. 4D2023-1139

[January 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502021CP004164XXXXMB.

Gary P. McKee, Pensacola, pro se.

Philip Glatzer of Marlow Adler Abrams Newman & Lewis, Coral Gables, for appellees John Foster and Lance Fuchs, and R. Lee McElroy IV of Downey | McElroy, P.A., Palm Beach Gardens, for appellee Richard G. McKee, Jr.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***